ACCEPTED
04-17-00676-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/31/2017 3:56 PM

NO. 04-17-000676-CV

| | | |
|---|---|---|
| REAL PROPERTY LOCATED AT | § | IN THE FOURTH |
| 404 FULLER ST., KERRVILLE, KERR | § | |
| COUNTY, TEXAS, Appellant | § | |
| | § | COURT OF APPEALS |
| V. | § | |
| | § | |
| THE STATE OF TEXAS, Appellee | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/31/2017 3:56:04 PM
KEITH E. HOTTLE
CLERK

## NOTICE OF APPEARANCE OF COUNSEL
## FOR HABITAT FOR HUMANITY-KERR COUNTY

TO THE HONORABLE JUSTICES OF SAID COURT:

This Notice of Appearance of Counsel is brought by Habitat For Humanity-Kerr County, an interested party in this matter, which notifies the Court of its retention of John W. Carlson to protect its interest in the property.

John W. Carlson of Carlson Law Firm, 717 Sidney Baker Street, Kerrville, Texas, 78028, Phone: (830) 896-4488, Fax: (830) 896-4474, and State Bar Number 24010928, has been employed to represent Habitat For Humanity-Kerr County in this matter.

Respectfully submitted,

Carlson Law Firm
717 Sidney Baker Street
Kerrville, Texas 78028
Telephone: (830) 896-4488
Telecopier: (830) 896-4474


By:    /s/*John W. Carlson*
      John W. Carlson
      State Bar No. 24010928
      john@carlsonlawfirm.net

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance of Counsel for Habitat For Humanity-Kerr County was served upon the following on this 31st day of October, 2017:

Peggy Sue Butler, Appellant, via Certified Mail, Return Receipt Requested; and
Lucy Wilke, Attorney for Appellee.


       /s/*John W. Carlson*
John W. Carlson